United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAAVON COX,<br><br>        Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>        Defendants. | Case No. 5:21-cv-05388-EJD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam for consideration of whether the case is related to *Cox v. Ford Motor Co.*, 4:21-cv-05386-HSG.

**IT IS SO ORDERED.**

Dated: December 20, 2021

_____
EDWARD J. DAVILA
United States District Judge